Rehearing denied and motion of respondents to give directions refused.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur in the opinion and judgment.

WM. E. NICHOLS, *Appellant*, vs. MILLER-LENFESTY SUPPLY COMPANY, a corporation organized and existing under the laws of the State of Florida, *Appellee*.

138 So. 401.

Division A.

Decision filed December 22, 1931.

Petition for rehearing denied January 25, 1932.

*M. S. McGregor*, for Appellant;

*Hull, Landis & Whitehair*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

WARREN E. WOOD, *Plaintiff in Error*, vs. STATE OF FLORIDA, *Defendant in Error*.

138 So. 401.

Division A.

Decision filed December 22, 1931.

Petition for rehearing denied January 29, 1932.

*W. P. Chavous,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

THE SOUTHERN LIFE AND HEALTH INSURANCE COMPANY, INC., a corporation, *Plaintiff in Error,* vs. BLANCHE MOTT, *Defendant in Error.*

138 So. 400.

Division B.

Decision filed December 22, 1931.

*Whitaker Brothers,* for Plaintiff in Error;

*Johnson, Bosarge & Allen,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the